UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| JONICA HAAMID PHILLIPS #429550, Plaintiff | CIVIL DOCKET NO. 1:21-CV-03796 SEC P |
| VERSUS | JUDGE DRELL |
| ASHLEY LEMOINE ET AL, Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein (ECF No. 7), and after a *de novo* review of the record including the objections filed by Petitioner (ECF No. 8), and having determined that the findings and recommendation are correct under the applicable law;

**IT IS HEREBY ORDERED** that the Complaint (ECF No. 1) is DENIED and DISMISSED WITH PREJUDICE under 28 U.S.C. §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS, DONE AND SIGNED at Alexandria, Louisiana, this 5th day of January 2022.

DEE D. DRELL, SENIOR JUDGE
UNITED STATES DISTRICT COURT